Kevin JACKSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 73824.

Missouri Court of Appeals,
Western District.

May 29, 2012.

Mark A. Grothoff, Assistant Public Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

**Order**

PER CURIAM:

Kevin Jackson appeals the denial of his Rule 29.15 motion for post-conviction relief. Jackson claims that the trial court erred in overruling his motion in that Jackson established that trial counsel was ineffective for eliciting evidence that Jackson's mother went on a date with a high-school-aged boy who had a crush on Jackson. We affirm. Rule 84.16(b).